IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:00CR211 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY PARROTT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court defendant's motion for early termination of supervised release (Filing No. 46). The Court has reviewed the file and consulted with the probation office, and finds that defendant will continue to benefit from the terms of his supervised release. Accordingly,

IT IS ORDERED that defendant's motion for early termination of supervised release is denied.

DATED this 25th day of November, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court